

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-22-00807-CV

**IN RE** Jacklyn **DAVIDSON**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
               Irene Rios, Justice
               Lori I. Valenzuela, Justice

Delivered and Filed: December 28, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On December 9, 2022, relator filed a second first amended petition for writ of mandamus.[2]

Relator also filed a motion for temporary relief. After considering the petition and this record, this

court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of

mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for temporary relief is denied

as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2022-PA-01621, styled *In the Interest of E.D., et al, Children*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Linda A. Rodriguez presiding.

[2] Relator's first filed first amended petition for writ of mandamus was stricken for violating Texas Rule of Appellate Procedure 9.9.